IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DAIQUAN BENSON** | : | **NO. 25-87** |

## ORDER

**NOW**, this 18th day of November, 2025, upon consideration of Defendant's Motion to Suppress (Doc. No. 17), the government's response, and after a hearing, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.